UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KEITH DENT,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | No. 2:17-cv-1146-JAM-EFB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On April 18, 2018, the court recommended that this action be dismissed after plaintiff failed to file an amended complaint in accordance with the court's March 1, 2018 screening order. ECF Nos. 12 & 15. In a filing dated April 13, 2018, but not docketed until April 25, 2018, plaintiff requested a 45-day extension of time to file an amended complaint. ECF No. 16. Good cause appearing, IT IS HEREBY ORDERED that:

1. The April 18, 2018 findings and recommendations (ECF No. 15) are withdrawn;
2. Plaintiff's request for an extension of time to file an amended complaint (ECF No. 16) is granted; and

/////

/////

3. Plaintiff shall file an amended complaint within 45 days from the date of this order. Failure to so comply will result in another recommendation of dismissal for failure to prosecute.

Dated: April 30, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE