# UNITED STATES DISTRICT COURT

__Eastern__ **District of** __California__

Brian Keith Dent

Plaintiff (s),

V.

CDCR, et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:17-cv-1146-JAM

Notice is hereby given that, subject to approval by the court, __Brian Keith Dent__ substitutes
(Party (s) Name)

__Justin D. Harris__, State Bar No. __199112__ as counsel of record in place
(Name of New Attorney)

place of __Brian Keith Dent__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Harris Law Firm, PC
Address: 7110 N. Fresno St., Suite 400, Fresno, CA 93720
Telephone: 559-272-5700    Facsimile 559-554-9989
E-Mail (Optional): jdh@harrislawfirm.net

I consent to the above substitution.

Date: 7/30/18

signature on original
(Signature of Party (s))

I consent to being substituted.

Date:

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 7/25/18

signature on original
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: August 6, 2018

*[signature]*
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**