UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KEITH DENT,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | No. 2:17-cv-1146-JAM-EFB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding through counsel in an action brought under 42 U.S.C. § 1983. After plaintiff failed to file an amended complaint in accordance with the court's orders, the court issued findings and recommendations to dismiss this action. ECF No. 19. On July 23, 2018, while plaintiff was still proceeding pro se, he filed objections to the findings and recommendations and requested a 45-day extension of time to file an amended complaint. ECF No. 20. Thereafter, on August 2, 2018, plaintiff became represented by counsel. ECF No. 21. To date, counsel has neither requested an extension of time to file an amended complaint nor objected to the findings and recommendations. In an abundance of caution, the court will hold the findings and recommendations in abeyance for fourteen days to allow plaintiff a final opportunity to file an amended complaint.

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff has 14 days from the date of this order to file an amended complaint. Should plaintiff fail to so comply, the findings and recommendations will be submitted to the district judge for consideration.

DATED: September 19, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE