AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Eastern__ District of __California__

Brian Keith Dent

           Plaintiff (s),

V.

CA Dept. of Corrections and Rehabilitation et al.

           Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:17-cv-01146-JAM-EFB

Notice is hereby given that, subject to approval by the court, __Brian Keith Dent__ substitutes (Party (s) Name)

__Susan L. Jordan__ , State Bar No. __249992__ as counsel of record in
(Name of New Attorney)

place of __Justin D. Harris, Harris Law Firm, PC, 7110 N. Fresno St., Suite 400, Fresno, CA 93720__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | The Law Offices of Susan L. Jordan |
| Address: | Post Office Box 718, Rocklin, CA 95677-0718 |
| Telephone: | (916) 242-0060     Facsimile (916) 200-0601 |
| E-Mail (Optional): | susanljordanlaw@comcast.net |

I consent to the above substitution.

Date: 3/22/19

(Signature of Party (s))

I consent to being substituted.

Date: 3/28/19

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 3/15/2019

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: April 1, 2019

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]